**Electronically Filed
Supreme Court
SCWC-19-0000466
15-JUL-2021
09:44 AM
Dkt. 3 ODAC**

SCWC-19-0000466

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

PRECIOUS MARQUEZ,
Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000466; CASE NO. 1FFC-19-0000442)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellee's Application for Writ

of Certiorari, filed on June 2, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 15, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

